JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-8196-GW | Date | January 5, 2023 |
|---|---|---|---|
| Title | *Rickey L. Alford v. Andre Birotte, et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None Present   None Present

**PROCEEDINGS:   IN CHAMBERS - ORDER**

On November 8, 2022, Plaintiff filed a civil rights complaint and a request to proceed in forma pauperis. On November 28, 2022, this Court issued an order indicating Plaintiff was ordered to file a First Amended Complaint which contains viable causes of action. *See* ECF No. 9. Plaintiff was informed that failure to do so would result in a dismissal without prejudice. Plaintiff has not supplied the required documentation within 30 days of the order. Hence, this lawsuit is dismissed without prejudice.

:

Initials of Preparer   JG